UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELEN TRYFONOPOULOS, <br><br> Plaintiff(s), <br><br> v. <br><br> TRAVELERS HOME AND MARINE INSURANCE COMPANY, <br><br> Defendant(s). | CASE NO. C24-1616-KKE <br><br> ORDER DENYING MOTION TO CONTINUE TRIAL AND AMEND CASE SCHEDULE |

This matter comes before the Court on the parties' stipulated motion to continue the case schedule. Dkt. No. 16. Although the parties have shown good cause to continue the trial date and related pretrial deadlines, the Court's calendar cannot accommodate the parties' proposed trial date.

Accordingly, the motion is DENIED without prejudice to refiling. Dkt. No. 16. The parties should contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov for assistance in selecting a new trial date, before re-filing a stipulated motion to continue.

Dated this 4th day of November, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DENYING MOTION TO CONTINUE TRIAL AND AMEND CASE SCHEDULE - 1