UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELEN TRYFONOPOULOS,<br><br>Plaintiff(s),<br>v.<br><br>TRAVELERS HOME AND MARINE INSURANCE COMPANY,<br><br>Defendant(s). | CASE NO. C24-1616-KKE<br><br>ORDER ON STIPULATED MOTION TO CONTINUE |

The parties filed a stipulated motion to continue the trial date and case schedule. Dkt. No. 27. Finding good cause, the Court GRANTS the motion to continue the trial date. The unexpired deadlines in the previous case schedule (Dkt. No. 26) are VACATED. The courtroom deputy is directed to issue an amended case schedule based on the parties' agreed-upon trial date of June 7, 2027, consistent with the Court's standard case schedule.

If any date in the amended case schedule causes an irreconcilable conflict, the parties shall contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov no later than 14 days after the amended case schedule is entered.

Dated this 3rd day of August, 2026.

Kymberly K. Evanson
United States District Judge