Hon. Kymberly K. Evanson

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELEN TRYFONOPOULOS,<br><br>Plaintiff,<br>v.<br><br>TRAVELERS HOME and MARINE INSURANCE COMPANY, a foreign company,<br><br>Defendant. | No. 2:24-cv-01616-KKE<br><br>**STIPULATED MOTION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE**<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 5, 2026** |

## I. STIPULATED MOTION

The Parties, by and through their undersigned counsel of record, have conferred and hereby stipulate and jointly request a targeted, 30-day extension of the expert disclosure deadline in the Court's August 4, 2026, scheduling order (ECF No. 29), from November 9, 2026, to December 9, 2026, pursuant to Fed. R. Civ. P. Rule 6 and LCR 10(g). The parties do not request a continuance of trial or any change to the remaining deadlines.

## II. LEGAL AUTHORITY

### A. <u>Applicable Legal Standard</u>

A [case] schedule may be modified only for good cause and with the judge's consent. Fed. R. Civ. P. 16(b)(4); *see also* LCR 16(b)(6) ("[A] schedule may be modified only for good

cause and with the judge's consent."). The decision to modify a scheduling order is within the broad discretion of the district court. *See Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 607 (9th Cir. 1992).

**B. <u>Good Cause Exists Because Supplemental Evidence Requires Expert Review</u>**

Good cause exists for the requested 30-day extension of the expert disclosure deadline. Since the Court granted the prior continuance, the parties have continued to pursue resolution of this matter, including mediation with Brad Davis on September 8, 2026. Although mediation did not resolve the case, the parties agreed during that session that additional discovery was necessary to evaluate Plaintiff's claimed damages before further settlement discussions would be productive.

Plaintiff provided supplemental damages materials concerning completed repairs and claimed incurred costs on October 21, 2026. Defendant's counsel received additional declarations and a revised restoration estimate on October 29, 2026. Those materials require additional expert review to assess completed repairs, claimed incurred costs, and the scope of remaining work. Following review of the materials, the parties have agreed to revisit settlement negotiations with Mr. Davis's assistance. The requested extension will allow the experts to complete their review and will also facilitate those renewed settlement discussions.

The proposed December 9 disclosure deadline leaves 30 calendar days before the January 8, 2027, discovery cutoff. ECF No. 29 at 1. The request is joint and applies equally to both parties' expert disclosures. The parties therefore request that the Court extend that deadline from November 9 to December 9, 2026, with all other dates and provisions of ECF No. 29 unchanged.

DATED this 5th day of November 2026.

LETHER LAW GROUP

*/s/ Jensen Merrill*
Thomas Lether, WSBA #18089
Jensen Merrill, WSBA #57180
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
jmerrill@letherlaw.com
*Counsel for Travelers Home and Marine Insurance Company*

POLI, MOON & ZANE, PLLC

*/s/ Maxim Poudrier-Tudan*
Jeffrey G. Zane, WSBA #62691
Michael N. Poli, WSBA #63619
Maxim Poudrier-Tudan, WSBA #60213
720 Seneca St., Suite 107
Seattle, WA 98101
T: (206) 704-5653
jzane@pmzlaw.com
mpoli@pmzlaw.com
maxim@pmzlaw.com

-AND-

ROBERT D. BOHM, PLLC

*/s/ Robert D. Bohm*
Robert D. Bohm, WSBA #42703
PO Box 25536
Federal Way, WA 98093
P: (206) 463-6767
rdbohm@premisesinjurylaw.com

*Counsel for Plaintiff, Elen Tryfonopoulos*

## III. ORDER

Having reviewed the above Stipulated Motion, the Court hereby ORDERS that the following deadline is continued 30 days and the Case Schedule is Amended as follows:

| EVENT | DATE |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) due | 12/9/2026 |

DATED this 6th day of November 2026.

Kymberly K. Evanson
United States District Judge